Exhibit A – Corporate Structure

